I respectfully dissent from the refusal to grant the writs.

246 So.2d 861

**STATE of Louisiana ex rel. Emanuel DAVIS, Jr.**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51352.

April 26, 1971.

In re: Emanuel Davis, Jr. applying for writ of mandamus and habeas corpus.

Writ denied. The showing made is insufficient to justify the exercise of our supervisory or original jurisdiction.